UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Judith Martin,

    Plaintiff,

v.           ORDER ADOPTING
           REPORT AND RECOMMENDATION

Wyeth d/b/a Wyeth, Inc.; Wyeth, Inc.;
Wyeth Pharmaceuticals Inc.; Pharmacia
& Upjohn Company; Pfizer, Inc.,

    Defendants.    Civ. No. 10-1825 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That this action be dismissed without prejudice for failure to comply with the Court's September 13, 2010 Order, for failure to effect proper service on Defendants, and for lack of prosecution.

DATED: November 17, 2010       s/Michael J. Davis
At Minneapolis, Minnesota       Michael J. Davis
                Chief Judge
                United States District Court